**Order entered July 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV

### IN THE INTEREST OF I.S. , ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-14-10695**

## ORDER

Pursuant to our July 8, 2019 order, the trial court has appointed Stephanie Pond as appellate counsel for Mother.  Accordingly, we **DIRECT** the Clerk of the Court to remove Nicole T. Frette as Mother's counsel and substitute Ms. Pond in her place.

We note that, although we directed appellate counsel to file, no later than July 22, 2019, written verification that the reporter's record either had been or would not be requested, no verification has been filed.  Because the appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** counsel to file, no later than August 2, 2019, the requested verification.  We caution that failure to comply may result in the appeal being submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

/s/  KEN MOLBERG
    JUSTICE